COURTROOM MINUTES- ORDER  
JUDGE NANCY K. JOHNSON PRESIDING  
DATE: Aug. 16, 2007  
ERO: Roshana Smith  
MORNING 9:30 - 9:50   AFTERNOON  
*************************************************************************

CIVIL NO: H-07-475

APPEARANCES:

| | | |
|---|---|---|
| David Chisolm, | § | Rex Burch |
| vs. | § | |
| Gravitas Restaurant Ltd., et al. | § | Arthur Feldman |

*************************************************************************
DOCKET ENTRY  
NKJ: Motion Hearing

Arguments heard on the record. Docket Entry #23 - Motion for Notice to Potential Collective Class Members is granted in part and denied in part as stated on the record.

Nancy K. Johnson  
United States Magistrate Judge